B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  **James Gallagher, Inc.**   ,  )   Case No. _____
         Debtor                      )
                                     )
                                     )   Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on **2013 Tax Return**.

   a. Total assets                                              $  2,378,500.00
   b. Total debts (including debts listed in 2.c., below)       $  1,990,000.00
   c. Debt securities held by more than 500 holders:

                                                                                  Approximate
                                                                                  number of
                                                                                  holders:

   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____

   d. Number of shares of preferred stock                      _____   _____
   e. Number of shares common stock                                   275            1

   Comments, if any:
   Individual, James P. Gallagher is the sole stockholder of James Gallagher, Inc.

3. Brief description of debtor's business:
   Residential construction contractor.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   James P. Gallagher